# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO VARGAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-3634-MMM (JEM)<br><br>**JUDGMENT** |

　　In accordance with Order Summarily Dismissing Petition for Writ of Habeas Corpus filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2011

　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE